**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

THERESA R. LORENCEN,

    Plaintiff,

v.                                        CASE NO. 07-14589
                                       HON. LAWRENCE P. ZATKOFF
COMMISSIONER OF            MAG. JUDGE STEVEN D. PEPE
SOCIAL SECURITY,

    Defendant.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff filed the instant action seeking Social Security disability insurance benefits. This matter is currently before the Court on Magistrate Judge Pepe's report and recommendation of September 19, 2008, in which the Magistrate Judge recommends that Plaintiff's motion for summary judgment be denied and Defendant's motion for summary judgment be granted. Plaintiff has filed objections to the Magistrate's report and recommendation, and the time within which Defendant was to respond has expired.

After a thorough review of the court file, the respective parties' motions, Plaintiff's objections, and the report and recommendation, this Court will adopt the report and recommendation and enter it as the findings and conclusions of this Court. Therefore,

IT IS ORDERED that Plaintiff's motion for summary judgment is DENIED and Defendant's motion for summary judgment is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's claim is DISMISSED.

IT IS SO ORDERED.


                                                      S/Lawrence P. Zatkoff
                                                      LAWRENCE P. ZATKOFF
                                                      UNITED STATES DISTRICT JUDGE

Dated: October 24, 2008

## CERTIFICATE OF SERVICE

     The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 24, 2008.


                                                      S/Marie E. Verlinde
                                                    Case Manager
                                                    (810) 984-3290